AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION


RECEIVED DEC 21 2018
U.S. Marshals Service, EDNC

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:18-CR-00519-1D(4)**

DOMINIQUE WILLIAMS

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**DOMINIQUE WILLIAMS** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 922(j) and 924: Possession of a stolen firearm
Count 2 - 21 U.S.C. § 841(a)(1): Possess with the intent to distribute a quantity of heroin
Count 3 - 18 U.S.C. § 924(c)(1)(A)(i): Possession of a firearm in furtherance of a drug trafficking crime

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

DECEMBER 20, 2018 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Henderson, NC | | |
| DATE RECEIVED 12/21/2018 | NAME AND TITLE OF ARRESTING OFFICER S/A Tanisha Jeter ATF | NAME AND TITLE OF ARRESTING By [signature] DUSM, USMS E/NK |
| DATE OF ARREST 01/05/2019 | | |

**FILED**

JAN 07 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___JAB___ DEP CLK

Case 5:18-cr-00519-D   Document 11   Filed 01/07/19   Page 1 of 1