UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-519-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOMINIQUE WILLIAMS | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 21 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

Dated: February 8, 2019

_____
Robert T. Numbers, II
United States Magistrate Judge

1