UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:18-cr-00519-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOMINIQUE WILLIAMS | ) | |
| Defendant. | ) | |

Upon the motion of Defendant, it is hereby ORDERED that Docket Entry Number 19 and 23

be sealed until such time as requested by Defendant.  It is further ordered that the Clerk provide

a signed copy of the Order to Defendant.

Dated:  February 8, 2019

_Robert T Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge