UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:18-CR-519-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DOMINIQUE WILLIAMS | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for June 17, 2019, in Raleigh. The case is hereby CONTINUED to July 2019 in Raleigh, North Carolina.

This  10  day of  May  2019.

_____
James C. Dever III
U.S. District Judge