IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-519-D
No. 5:20-CV-342-D

DOMINIQUE WILLIAMS,                )
                                   )
                Petitioner,        )
                                   )
        v.                         )            **ORDER**
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                Respondent.        )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This _ℓ_ day of August 2020.

                            JAMES C. DEVER III
                            United States District Judge