IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-519-D
No. 5:20-CV-342-D

| | |
|---|---|
| DOMINIQUE WILLIAMS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

**ORDER**

On December 21, 2020, Dominique Williams moved to extend time to respond to and for a copy of the government's motion to dismiss his motion to vacate under 28 U.S.C. § 2255. The motion [D.E. 67] is GRANTED in part. Williams has until February 26, 2021, to file a response to the government's motion to dismiss. To the extent the motion could be construed as a motion to obtain documents without charge, the motion is DENIED.

SO ORDERED. This 21 day of January 2021.

JAMES C. DEVER III
United States District Judge