UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:18-CR-519-D-1

UNITED STATES OF AMERICA, )
)
v. )          ORDER TO SEAL
)          (DE 78)
DOMINIQUE WILLIAMS )
_____)

Upon the motion of the defendant and for good cause shown, it is hereby

ordered that DE 78 (Medical Records) be sealed until further notice by this

Court.

This  _13_  day of  _June_  , 2022.


                            4 Dever
                            JAMES C. DEVER III
                            United States District Judge